UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHANY FRANCISCO,

                Plaintiff,

-against-

JO ANNE B. BARNHART, Commissioner of
Social Security,

                Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV- 1605 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on April 28, 2005, granting the defendant's motion for judgment on the pleadings; denying the plaintiff's cross-motion; and affirming the Commissioner's decision; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that judgment is hereby entered granting the defendant's motion for judgment on the pleadings; that plaintiff's cross-motion is denied; and that the Commissioner's decision is affirmed.

Dated: Brooklyn, New York
       April 28, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court